# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137568(91)

JOHN INGERSOLL,
          Plaintiff-Appellant,

v

GORDON TUESLEY, LINDA TUESLEY,
GERTRUDE HENDERSON, GERALD FREED,
MARY FREED, LAURA BURRER, JUDY
JOHNSON, and RON HAGERMAN,
          Defendants-Appellees.

SC: 137568
COA: 276828
Cheboygan CC: 05-007529-NZ

_____/

      On order of the Court, the motion for reconsideration of this Court's January 27, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

_____
Clerk

d0316